UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVAN HULICK,<br><br>      Plaintiff,<br><br>  v.<br><br>C R BARD INCORPORATED, et al.,<br><br>      Defendants. | No. 17-CV-6404 (KMK) and related cases 19-CV-8523, 19-CV-8524, 19-CV-8472, 19-CV-8474, 19-CV-8477, 19-CV-8478, 19-CV-8480, 19-CV-8495<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

All Parties in the above captioned Actions are ordered to send correspondence related to these cases only to this Court, and not to any other judges in the Southern District of New York, until further notice.

SO ORDERED.

Dated: November 20, 2019
    White Plains, New York

                                 _____
                                  KENNETH M. KARAS
                                  United States District Judge